

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00436-CR

Rodrigo **GARZA-DE-LA-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRE000344-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On October 29, 2018, appellant filed a response with this court indicating appellant has made payment arrangements for the reporter's record fee. Accordingly, the reporter's record is due on or before November 28, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
Keith E. Hottle
Clerk of Court